UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD A. SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>AUBURN POLICE DEPARTMENT OFFICERS, CHILD PROTECTIVE SERVICES, KING COUNTY COURTS RJC,<br><br>                Defendants. | CASE NO. 2:23-cv-00079-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Judge Tana Lin.

DATED this 18th day of January, 2023.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge