UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD A. SMITH,<br><br>                    Plaintiff(s),<br>        v.<br><br>AUBURN POLICE DEPARTMENT OFFICERS et al,<br><br>                    Defendant(s). | CASE NOS. 2:23-cv-00079-TL;<br>2:23-cv-00080-TL<br><br>ORDER OF DISMISSAL |

This is a case alleging civil rights violations by local authorities under the Fifth and Fourteenth Amendments of the U.S. Constitution and 42 U.S.C. § 1983. This matter comes before the Court on its own motion.

Plaintiff Ronald A. Smith proceeds without legal representation and was granted *in forma pauperis* status. Dkt. No. 4. On January 26, 2023, the Court declined to issue summons and dismissed the Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), with leave to file an amended complaint curing the deficiencies the Court had identified by February 25, 2023. Dkt. No. 8 at 7. The Court warned that "[f]ailure to file a timely amended complaint will result in

- 1

the dismissal of this case." *Id.* The Court then consolidated this case with another substantially similar case that Plaintiff had filed, also declining to issue summons in the second case and dismissing the complaint without prejudice and with leave to amend by February 25. Dkt. No. 9 at 3–4.

The day before his consolidated amended complaint was due, Plaintiff moved for an extension of time to amend, providing no reason for why the extension should be due or why his motion was not timely filed. Dkt. No. 10. The Court nonetheless granted an extension of 30 days, revising Plaintiff's deadline to amend to March 27. Dkt. No. 11 at 2. The Court again warned Plaintiff that "failure to timely file an amended complaint will result in the dismissal of this consolidated action."

Plaintiff's deadline to amend has long since passed. Accordingly, the Court DISMISSES this action without prejudice. The Clerk is DIRECTED to close this case.

Dated this 26th day of April 2023.

Tana Lin
United States District Judge